UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annemarie Cronin, ) | CASE NO.: 2:20-cv-00816-SVW-JPR |
| Plaintiff ) | JUDGMENT |
| vs. ) | |
| Advanced Fresh Concepts Franchise Corp. et al, ) | |
| Defendant. ) | |

Judgment is entered for Advanced Fresh Concepts Franchise Corp. and against, Annemarie Cronin pursuant to the Court's order[31], dated September 16, 2022.

DATE: September 21, 2022

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE